JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON JACINTO,<br><br>            Plaintiff,<br><br>      v.<br><br>BLOOMIN BRANDS INC doing business as FLEMINGS PRIME STEAKHOUSE & WINE BAR; OS RESTAURANT SERVICES, LLC, a California Limited Liability Company; OS RESTAURANT SERVICES, INC., a California corporation; MICHELE DEMSKY, an individual; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:22-cv-06244-RSWL(JPRx)<br><br>**ORDER TO REMAND CIVIL ACTION TO STATE COURT**<br><br>Case Filed:  July 28, 2022<br>Trial Date:   Not Yet Assigned. |

   Pursuant to the joint stipulation to remand the above-caption case to state court and dismiss Defendant MICHELE DEMSKY, **IT IS HEREBY ORDERED THAT** this case be remanded to the Superior Court of the State of California for the County of Los Angeles as *Jacinto v. Bloomin Brands, Inc., et al.*, Case No. 22STCV2443.

///

///

The pending Motion For Leave to File First Amended Complaint[10] and Motion for Order Remanding Case to State Court[9] are thereby moot and the November 1, 2022 hearing dates is hereby vacated.

DATED: October 12, 2022

*/S/ RONALD S.W. LEW*
Hon. Ronald S.W. Lew
U.S. District Judge